**CONSIDINE v. COMPASS GRP., USA, INC.**

[354 N.C. 568 (2001)]

FRANK A. CONSIDINE v. COMPASS GROUP, USA, INC.

No. 529A01

(Filed 18 December 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 145 N.C. App. 314, 551 S.E.2d 179 (2001), affirming an order entered 3 April 2000 by Kincaid, J., in Superior Court, Mecklenburg County. Heard in the Supreme Court 10 December 2001.

*Ferguson, Stein, Chambers, Wallas, Adkins, Gresham & Sumter, P.A., by John W. Gresham, for plaintiff-appellant.*

*Smith Helms Mulliss & Moore, L.L.P., by H. Landis Wade, Jr.; Paul M. Navarro, and Melissa M. Kidd, for defendant-appellee.*

PER CURIAM.

AFFIRMED.